IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MILLARD PATRICK II,

    Plaintiff,

v.

STATE OF WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-231-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

| /s/ | 2/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |